Leah A. Martin, Esq.
Nevada Bar No. 7982
LEAH A. MARTIN, ESQ., P.C.
319 S. 3rd St., Ste. 1
Las Vegas, Nevada 89101
Tel:  (702) 518-2121
Fax:  (702) 330-3235
leahmartinlv@gmail.com
*Special Counsel for David A. Rosenberg,*
*Chapter 7 Trustee for the Bankruptcy Estate*
*Of The Powell Litigation Group*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL M. CALDWELL, SR., individually; ALEXIS CALDWELL, individually; CINDY CAVALIERI, as natural parent of ANTONIO CALDWELL and CHRISTIAN JACINTO, minors; and PAUL M. CALDWELL, JR., as natural parent of ASHLEY BANGS, a minor,<br><br>        Plaintiffs,<br>    vs.<br><br>PRIME SONOMA SHADOWS, LLC, a Delaware Limited Liability Corporation, d/b/a/ SONOMA SHADOWS APARTMENTS; DOES 1-100 and ROE BUSINESS ENTITIES 1-100, inclusive<br><br>        Defendants. | CASE NO.   2:09-cv-01978-RCJ-RJJ |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF BLOCKED ACCOUNT INFORMATION**

Plaintiffs' Motion to Compel Production of Blocked Account Information (Doc. 83) having come before this Court for consideration, in Chambers, on August 22, 2012, the Court hereby orders as follows:

IT IS ORDERED that Plaintiffs' Motion to Compel Production of Blocked Account Information is GRANTED; and

IT IS FURTHER ORDERED that the Status Hearing scheduled for August 23, 2012 at 9:30 a.m. in Las Vegas Courtroom 7D before Judge Gloria M. Navarro is VACATED; and

IT IS FURTHER ORDERED that a Status Hearing concerning the blocked account of Christian Jacinto is scheduled for the 10th day of September, 2012 at 8:30 a.m. in Las Vegas Courtroom 7D before Judge Gloria M. Navarro.  The presence of defense counsel is required at the Status Hearing.

**DATED** this 23rd day of August, 2012.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

LEAH A. MARTIN, ESQ., P.C.


 */s/ Leah A. Martin*_____
Leah A. Martin, Esq.
Nevada Bar No. 7982
319 S. 3rd St., Ste. 1
Las Vegas, Nevada 89101